YOUR Name - Charles Lewis Bobo
Address - Charles Lewis Bobo
P.O. Box 7774
STOCKTON CA 95201

**FILED**

MAY 0 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

YOUR Name - charles Lewis BOBO        2:19cv 0758
        Plaintiff
                                Complaint        TLN
        VS                                        AC
                                                  PS
STATE OF ARIZONA DEPT OF ECONOMIC
    Security and MARICOPA MEDICAL CENTER
        Defendant

JURISDICTION = Failed To Provide Doctor STATMENT

Allegations = STATE OF ARIZONA DEPT OF EConomic security
    FOODSTAMPS Terminated Does Not MEET ABAWD
    Requirements

Allegations = GENERAL Assistance DENIED DIDN'T Give
    Length OF Disability.

Allegations = MARICOPA medical Center Douglas Nelson
    M.D NO physical disability I KNOW OF
SEEN only once IN YOU CAN'T Declare You Disable But
MARICOPA Medical CENTER Did Blood work and show
Douglas Nelson my medical Report
EXAMINATION Result my Blood Pressure is wrong $\frac{123}{63}$

Relief= I WANT DISTRICT COURT TO GRANT ME 6,000,000
    million Dollars FoR Damage OVER PAST years OR half
    what it worth.

        Charles Bob

Date this 2nd OF MAY 2019